**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| **EDWARD ALAN TERRY,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **CIVIL NO. 08-318-GPM** |
| | ) | |
| **DR. A. FEINERMAN** | ) | |
| | ) | |
| **Defendant.** | ) | |

# JUDGMENT IN A CIVIL CASE

**DECISION BY COURT**.  This action came before the Court on a motion to proceed *in forma pauperis*.

**IT IS ORDERED AND ADJUDGED** that this action is dismissed for failure to comply with an order of this Court.  Dismissal is with prejudice. Plaintiff shall take nothing from this action.

**DATED**: 8/26/08

NORBERT G. JAWORSKI, CLERK


By:   Linda M. McGovern
         Deputy Clerk


APPROVED: s/ *G. Patrick Murphy*
                G. Patrick Murphy
                United States District Judge